IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **REYMUNDO C. ARREDONDO CASTRO,** | § § § § | |
| Plaintiff, | § § | |
| v. | § | Case No. 7:21-CV-00176 |
| | § § § | |
| **LUCKY RENTAL TOOL, LLC,** | § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, REYMUNDO C. ARREDONDO CASTRO, and Defendant, LUCKY RENTAL TOOL, LLC, in the above-styled and numbered cause, by and through their respective attorneys of record, and, pursuant to Fed. R. Civ. P. 41(a)(1), stipulate to the dismissal of this action, with prejudice, with the parties to bear their own costs.

Dated this  15th  day of  June , 2022.

                                                    Respectfully submitted,

                                                    **SPURGIN LAW GROUP**
                                                    310 N. Mesa St., Ste. 300
                                                    *Cortez on the Plaza*
                                                    El Paso, Texas 79901
                                                    Tel. (915) 779-2800
                                                    Fax (915) 779-2801

By: _____
                                                   Stephen W. Spurgin
                                                   State Bar No. 18974350
                                                   stephen@spurginlaw.com
                                                   Frederick C. Hutterer, III
                                                   State Bar No. 24100492
                                                   fred@spurginlaw.com

                                                  Attorneys for Plaintiff

                                    **MOUNCE, GREEN, MYERS,**
                                    **SAFI, PAXSON & GALATZAN**
                                    **A Professional Corporation**
                                    P. O. Box 1977
                                    El Paso, Texas 79999-1977
                                    Phone: (915) 532-2000
                                    Facsimile: (915) 541-1548
                                    koehler@mgmsg.com
                                    perez@mgmsg.com

By:_____
                                    **Bruce A. Koehler**
                                    State Bar No. 11649300
                                    **Monica L. Perez**
                                    State Bar No. 24083662

                                    Attorneys for Defendant